IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL ACTION |
| v. | ) | No. 05-20037-01-KHV |
| | ) | |
| JAME GALLEGOS-MARQUEZ, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on defendant Jame Gallegos-Marquez's Motion To Join Co-Defendant's Motion To Suppress Evidence (Doc. #43) filed June 20, 2005. Gallegos-Marquez seeks to join in co-defendant Richard Garcia's motion to suppress on the basis that common issues of law and fact exist between the cases. On July 8, 2005, Garcia withdrew his motion to suppress. See Doc. #49. As a result, Garcia's motion to suppress is no longer pending before the Court. Gallegos-Marquez has filed his own motion to suppress (Doc. #42) which is set for hearing on November 21, 2005. To the extent Gallegos-Marquez seeks to raise arguments contained in Garcia's motion, the Court will sustain his motion to join.

**IT IS THEREFORE ORDERED** that defendant Jame Gallegos-Marquez's Motion To Join Co-Defendant's Motion To Suppress Evidence (Doc. #43) filed June 20, 2005 be and hereby is **SUSTAINED.**

Dated this 6th day of October, 2005 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge